

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00502-CR

Ronardo **FAIRLY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3148
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED September 11, 2019.

_____
Beth Watkins, Justice